130

16 So.2d 198

Bennie McGEE v. STATE.

8 Div. 243.

Court of Appeals of Alabama.
March 16, 1943.

Rehearing Denied April 6, 1943.

Jos. A. Padway, of Washington, D. C., and Merwin T. Koonce and A. A. Williams, both of Florence, for appellant.

Wm. N. McQueen, Acting Atty. Gen., and L. S. Moore, Asst. Atty. Gen., for the State.

RICE, Judge.

This is a companion case to that of Lash v. State, ante, p. 121, 14 So.2d 235, this day decided. The questions involved in the two appeals are identical.

Upon the authority of our decision in the said case of Lash v. State, supra, the judgment here appealed from is affirmed.

Affirmed.

16 So.2d 199

Owen SOUTH v. STATE.

8 Div. 244.

Court of Appeals of Alabama.
March 16, 1943.

Rehearing Denied April 6, 1943.

Jos. A. Padway, of Washington, D. C., and Merwin T. Koonce and A. A. Williams, both of Florence, for appellant.

Wm. N. McQueen, Acting Atty. Gen., and L. S. Moore, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed on authority of Lash v. State, ante, p. 121, 14 So.2d 235.

16 So.2d 202

Raymond McGEE v. STATE.

8 Div. 249.

Court of Appeals of Alabama.
March 16, 1943.

Rehearing Denied April 6, 1943.

Jos. A. Padway, of Washington, D. C., and Merwin T. Koonce and A. A. Williams, both of Florence, for appellant.

Wm. N. McQueen, Acting Atty. Gen., and L. S. Moore, Asst. Atty. Gen., for the State.

RICE, Judge.

This is a companion case to that of Lash v. State, ante, p. 121, 14 So.2d 235, this day decided. The questions involved in the two appeals are identical.

Upon the authority of our decision in the said case of Lash v. State, supra, the judgment here appealed from is affirmed.

Affirmed.